IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| NICOLE KIRBY,<br>4509 Granite Drive,<br>Middletown, Maryland 21769<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br>200 Industry Drive<br>Pittsburgh, Pennsylvania<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. _____<br>)<br>)<br>) Formerly C-10-CV-20-000483<br>) Circuit Court for Frederick<br>) County, Maryland<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, Defendant Dick's Sporting Goods, Inc. (hereinafter "Defendant" or "DSG"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Maryland. As grounds for removal, Defendant states:

1. On September 15, 2020, Plaintiff, Nicole Kirby ("Plaintiff"), through counsel, commenced this action against DSG, by filing a Complaint in the Circuit Court for Frederick County, Maryland, under Case No. C-10-CV-20-000483. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Circuit Court for Frederick County, Maryland as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained when a display shelf broke and the contents of the shelf, packages of corn hole bags, fell onto Plaintiff at the DSG store located at 5500 Buckeystown Pike, Suite 900, Frederick Maryland 21703 (the "Store").

3. The Complaint asserts a single count of negligence against DSG.

## PROCEDURAL POSTURE

4. This action was initiated by Plaintiff on or about September 15, 2020.

5. DSG was served via service on its resident agent on or about September 17, 2020.

6. The Notice of Removal of this case to the United States District Court is being timely filed by DSG within thirty (30) days after service was purportedly effected on DSG's resident agent on September 17, 2020 pursuant to 28 U.S.C. § 1446(b)(2)(B).

## PARTIES

7. Plaintiff provides that she is an individual residing in Middletown, Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of the State of Maryland.

8. Defendant DSG is a Delaware corporation with is principal place of business in Pennsylvania. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, DSG is a citizen of Delaware and Pennsylvania.

9. For the purposes of removal pursuant to 28 U.S.C. § 1441(a), "the citizenship of defendants sued under fictitious names shall be disregarded." Accordingly, "consistent with the text of 28 U.S.C. § 1441(a), [] the citizenship of 'John Doe' defendants should be disregarded when considering the propriety of removal under 28 U.S.C. §§ 1441(a) and 1332." *Australian Gold, Inc. v. Hatfield*, 436 F.3d 1228, 1235 (10th Cir. 2006).

## JURISDICTION AND VENUE

10. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by DSG pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

11. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> a) The district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-
>
> 1. citizens of different State....

12. Plaintiff is a citizen of Maryland and Defendant DSG is a citizen of Delaware and Pennsylvania.

13. Plaintiff's Complaint seeks compensatory damages in excess of $75,000.00, exclusive of interest and costs.

14. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different States.

15. Venue is proper because this district encompasses the jurisdiction in which Plaintiff initiated his lawsuit and the jurisdiction in which the alleged incident occurred.

16. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for Frederick County, Maryland, and served on Plaintiff's counsel of record. A copy of the Notice of Filing of Notice of Removal, without exhibits, is attached hereto as **Exhibit B**.

17. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Dick's Sporting Goods, Inc. respectfully requests that this Notice of Removal be accepted and that the Circuit Court Action be removed to the United States District Court for the District of Maryland.

Dated: October 2, 2020

Respectfully submitted,

/s/ Justin M. Cuniff
Justin M. Cuniff (Bar No. 16689)
Carlos A. Uria (Bar No. 19784)
KIERNAN TREBACH LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Tel:  (443) 263-2800
Fax:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email:  auria@kiernantrebach.com
***Counsel for Defendant Dick's Sporting Goods, Inc.***

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **NICOLE KIRBY,** ) | |
| **4509 Granite Drive,** ) | |
| **Middletown, Maryland 21769** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No. _____ |
| **v.** ) | |
| ) | **Formerly C-10-CV-20-000483** |
| **DICK'S SPORTING GOODS, INC.,** ) | **Circuit Court for Frederick** |
| **200 Industry Drive** ) | **County, Maryland** |
| **Pittsburgh, Pennsylvania** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2020, a copy of the foregoing Notice of Removal was sent via First-Class mail, postage prepaid, to:

Jon D. Pels, Esq.
Alvaro A. Llosa, Esq
The Pels Law Firm, L.L.C.
4845 Rugby Avenue, Third Floor
Bethesda, Maryland 20814
*Counsel for Plaintiff*

                                            /s/ Justin M. Cuniff
                                            Justin M. Cuniff (Bar No. 16689)
                                            Carlos A. Uria (Bar No. 19784)
                                            KIERNAN TREBACH LLP
                                            One Park Place, Suite 425
                                            Annapolis, Maryland 21401
                                            Tel: (443) 263-2800
                                            Fax: (443) 263-2935
                                            Email: jcuniff@kiernantrebach.com
                                            Email: auria@kiernantrebach.com
                                            ***Counsel for Defendant Dick's Sporting Goods, Inc.***