E-FILED; Frederick Circuit Court
Docket: 9/15/2020 5:00 PM; Submission: 9/15/2020 5:00 PM

## IN THE CIRCUIT COURT OF FREDERICK COUNTY, MARYLAND

NICOLE KIRBY
4509 Granite Drive
Middletown, MD 21769

       Plaintiff,

vs.

DICK'S SPORTING GOODS, INC.
200 Industry Drive
Pittsburgh PA 15275
    SERVE ON:
    CSC-Lawyers Incorporating Service Company
    7 St. Paul Street, Suite 820
    Baltimore MD 21202

and

JOHN DOE
    John and Jane Does 1 Through 100
    John Doe Corporations 1 through 10,
    and Other John Doe Entities 1 through 10,
    all whose true names are unknown,

    Defendants.

C-10-CV-20-000483

Case No.: _____

### COMPLAINT
#### (Tort- Negligence)

COMES NOW, Nicole Kirby (hereinafter, "Plaintiff"), by counsel, Jon D. Pels, Esq., and THE PELS LAW FIRM, LLC, and respectfully complains against DICK'S Sporting Goods, Inc., on the grounds and in the amounts as set forth below.

### THE PARTIES

1.    Plaintiff is an individual *sui juris*, residing at 4509 Granite Drive, Middletown, Maryland 21769.

2.    Defendant DICK'S Sporting Goods, Inc. is a business incorporated under the laws of the State of Delaware, and with its principal office located at 200 Industry Drive, Pittsburgh

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

•••

8229 Boone Blvd
Suite 610
Vienna, VA 22182

•••

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

PA 15275. Defendant DICK'S Sporting Goods, Inc. is registered to do business in Maryland and operates several store locations in Maryland.

3.      Upon information and belief, Defendants John and Jane Does 1 through 100 (the "Individual Defendants") are individuals whose names and addresses of residences are unknown. Upon information and belief, Defendants John Doe Corporations 1 through 10 (the "Corporate Defendants") are corporations, the names and addresses of residences of which are unknown. Upon information and belief, Defendants Other John Doe Entities 1 through 10 (the "Other Entity Defendants") are other legal entities, the names and addresses of residences of which are unknown. The Individual Defendants, Corporate Defendants, and Other Entity Defendants are collectively referred to as the Defendants.

**JURISDICTION and VENUE**

4.      This Court has subject matter jurisdiction over this action because the incident which forms the basis of this lawsuit exceeds the jurisdictional minimum and the incident occurred in Frederick County, Maryland.

5.      Venue is proper in this Court because a substantial part of the events giving rise to claims herein occurred within Frederick County, Maryland.

**FACTS**

6.      On or about May 25, 2019, Plaintiff Nicole Kirby was shopping at the DICK'S Sporting Goods store located at 5500 Buckeystown Pike, Suite 900, Frederick, MD 21703. Mrs. Kirby was in an aisle shopping, when a shelf broke and the entire contents of the shelf, full packages of heavy corn hole bags, fell on Mrs. Kirby.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3ʳᵈ Floor
Bethesda, MD 2014

•••

8229 Boone Blvd
Suite 610
Vienna, VA 22182

•••

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

- 2 -

7.      As a result of the shelf falling, Mrs. Kirby suffered a concussion, cuts and bruises to face and arms, and severe injuries to her eye. As a result of the accident, she has a moderate cataract and has had to see several providers and specialists.

8.      At all times relevant herein, it was the duty of the Defendant to use ordinary and reasonable care to ensure the safety of all guests to Defendant's premises, including any building structure or equipment on the premises.

9.      Further, at all times relevant herein, it was the duty of Defendant to use ordinary and reasonable care to maintain all shelves in such condition that they operate functionally and maintain the safety of those using or surrounding the equipment, to repair any faulty equipment, and to obey all occupational and safety laws and regulations.

10.     Notwithstanding said duties, Defendant did carelessly and negligently fail to maintain the shelving equipment such that it broke and the contents on the shelf struck and injured Plaintiff. The Defendant's negligent acts and /or omissions include but are not limited to the following:

a.   failure to maintain shelving equipment; and/or

b.   failure to properly inspect the shelving equipment for defect; and/or

c.   failure to properly repair or replace faulty shelving equipment; and/or

d.   failure to warn and/or ensure the safety of those using Defendant's shelving equipment; and/or

e.   failure to comply with the applicable Maryland Laws, Rules and/or Regulations then and there in effect; and/or

f.   failure to ensure ordinary and reasonable safety of guests invited to Defendant's business premise.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3ʳᵈ Floor
Bethesda, MD 2014

•••

8229 Boone Blvd
Suite 610
Vienna, VA 22182

•••

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

- 3 -

11.     At said time and place, Defendant failed to maintain the shelving equipment, failed to properly inspect the shelving equipment for defect, failed to properly repair or replace faults with shelving equipment they knew or should have known existed, and failed to otherwise ensure the safety of those using Defendant's shelving equipment, causing the Defendant's shelving equipment to fail and the contents on it to severely injure Plaintiff.

12.     As a direct and proximate cause of Defendant's careless and negligent maintenance and/or operation of Defendant's shelving equipment, Plaintiff:

a.   suffered serious, painful and permanent bodily injuries, pre-impact fright, great physical pain and mental anguish, severe and substantial emotional distress and pain, and loss of the capacity for the enjoyment of life;

b.   was, is, and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain, and suffering;

c.   was, is, and will be precluded from engaging in normal activities and pursuits, including a loss of ability to earn money and of actual earnings and an overall loss of earning capacity;

d.   otherwise was hurt, injured, and caused to sustain losses;

e.   suffered severe and permanent disability to her body; and

f.   suffered permanent pain and suffering.

## COUNT I: NEGLIGENCE

13.     Plaintiff incorporates the preceding as if independently pled herein.

14.     At all times relevant to the incident described in this Complaint caused by Defendant's negligent maintenance of their shelving equipment, Plaintiff conducted herself in a careful and prudent manner and in no way contributed to the cause of the incident.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

•••

8229 Boone Blvd
Suite 610
Vienna, VA 22182

•••

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

15.     At all times relevant herein, it was the duty of the Defendant to use ordinary and reasonable care to ensure the safety of all guests to Defendant's premises, including any building structures on the premises.

16.     Notwithstanding said duties, Defendant did carelessly and negligently fail to maintain the shelving equipment so that its contents struck and injured Plaintiff.

17.     As a direct and proximate result of the Defendant's negligence, Plaintiff suffered significant and permanent injuries to her body. Plaintiff has suffered a loss of her ability to earn money and of actual earnings and an overall loss of earning capacity.

18.     As a result of the incident, some of her injuries are permanent, and Plaintiff will incur in the future, substantial expenses for medical care and attention in an effort to be cured of said injuries and has suffered, and will continue to suffer, great pain of body and mind.

19.     Plaintiff continues to experience pain as a result of the incident, both emotionally and physically.

20.     At all times relevant hereto, in no way did Plaintiff contribute to the cause of the injury.

21.     As a direct and proximate result of Defendant's negligence, Defendant caused Plaintiff's injuries and the damages described herein.

22.     Plaintiff has suffered and will continue to suffer a great deal of mental anguish and physical pain, a permanent partial disability, has expended substantial amounts of money and time on visits to medical providers, will continue to spend a great deal of money and time on future medical costs, and has lost significant amounts of future earnings as a result of loss of earning capacity from her injuries.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

•••

8229 Boone Blvd
Suite 610
Vienna, VA 22182

•••

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

- 5 -

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff demands compensatory judgment against Defendant in an amount that exceeds seventy-five thousand dollars ($75,000.00), plus costs on her behalf expended, and interest from the date of the negligence in this case, as allowed by law.

**DEMAND FOR JURY TRIAL**

Plaintiff respectfully requests a trial by jury on all issues presented herein.

Respectfully submitted,

**THE PELS LAW FIRM L.L.C.**

Dated: September 15, 2020

*/s/ Jon D. Pels*
Jon D. Pels, Esq. (CPF # 9312160037)
jpels@pelslaw.com

*/s/ Alvaro A. Llosa*
Alvaro A. Llosa, Esq. (CPF # 1312180167)
allosa@pelslaw.com

4845 Rugby Ave, Third Floor
Bethesda, MD 20814
(301) 986-5570 (T)
(301) 986-5571 (F)
*Counsel for Plaintiff*

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

***

8229 Boone Blvd
Suite 610
Vienna, VA 22182

***

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

- 6 -